UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>25-CR-60273-HUCK/VALLE-7</u>

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.

**PATRICK MARQUIS AYTON, JR., (7)**

    *Defendant.*

_____/

<u>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**</u>

The Defendant, Patrick Marquis Ayton, Jr., by and through his undersigned counsel, respectfully requests this Honorable Court to allow Mr. Ayton, Jr. to attend functions for his children or his family at the discretion of the U.S. Probation Office and his assigned officer while remaining on Home Detention with GPS electronic monitoring device. In support of this Motion, Mr. Ayton, Jr. states the following:

1. On November 25, 2025, United States Magistrate Judge Alicia O. Valle granted [ECF No. 74] Mr. Ayton, Jr. a $100,000.00 personal surety bond that included home detention with active GPS monitoring.

2. Mr. Ayton, Jr. is requesting to attend functions for his kids and his family, but the current release conditions do not allow his assigned P.O. this discretion.

3. The Government does not oppose Mr. Ayton, Jr.'s request to attend functions for his children or his family at the discretion of the U.S. Probation Office and his assigned officer while remaining on Home Detention with GPS electronic monitoring device.

WHEREFORE, Mr. Ayton, Jr. respectfully requests this Honorable Court to grant his Unopposed Motion to Modify Conditions of Release to attend functions for his children or his family at the discretion of the U.S. Probation Office and his assigned officer while remaining on Home Detention with GPS electronic monitoring device but keep in place all other conditions of release.

Respectfully submitted,

/s/ Michael Swinton
Michael Swinton, Esq.
Fla. Bar No. 85486

Michael A. Swinton, P.A.
7270 N.W. 12th Street
Tower 2, Suite 640
Miami, FL 33125
Office: (305) 326-1000
Email: swintonlawfirm@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **January 15, 2026**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Michael A. Swinton.