UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>25-CR-60273-HUCK/VALLE-7</u>

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

PATRICK MARQUIS AYTON, JR., (7)

    *Defendant*.

_____/

**<u>ORDER ON UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE</u>**

    THIS CAUSE came before the Court upon Defendant's Unopposed Motion to Modify Conditions of Release. The Court has carefully considered the reasons stated in the Motion and that the Government does not oppose said Motion, it is hereby

    **ORDERED AND ADJUDGED** that the Unopposed Motion to Modify Conditions of Release is **GRANTED**. The Defendant will have his release conditions modified to allow him to attend functions for his children or his family at the discretion of the U.S. Probation Office and his assigned officer while remaining on Home Detention with GPS electronic monitoring device. All other previous release conditions remain.

    **DONE AND ORDERED** in the Southern District of Florida, this ____ day of January 2026.

                                          _____

                                          **PAUL C. HUCK**
                                          **UNITED STATES SENIOR DISTRICT COURT JUDGE**

cc: Counsel of Record & United States Probation Office